IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DAVID PERRY,

    Plaintiff,

    v.                                   Civil Action No. 3:23cv358

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on June 15, 2023, the Court directed the Clerk to mail a standardized form for filing a 42 U.S.C. § 1983 complaint to Plaintiff. The Court instructed Plaintiff to complete and return the form within thirty (30) days of the date of entry thereof if he wished to file a complaint at this time. The Court explained that if Plaintiff failed to take any action within that time, the Court would dismiss the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than thirty (30) days have elapsed, and Plaintiff has not completed and returned the § 1983 form. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 8-8-2023
Richmond, Virginia

/s/ M. Hannah Lauck
United States District Judge